

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 29, 2009**                                    **United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-41912-DML-13 |
| | § | |
| MARIANO BOCANEGRA and | § | |
| ANGELICA BOCANEGRA, | § | |
|     Debtor | § | CHAPTER 13 |
| | § | |
| CHASE HOME FINANCE LLC, | § | |
| SUCCESSOR BY MERGER TO CHASE | § | |
| MANHATTAN MORTGAGE | § | |
| CORPORATION ITS ASSIGNS | § | |
| AND/OR SUCCESSORS IN | § | |
| INTEREST, | § | |
|     Movant | § | HEARING DATE:_____ |
| | § | |
| v. | § | TIME:_____ |
| | § | |
| MARIANO BOCANEGRA and | § | |
| ANGELICA BOCANEGRA; TIM | § | |
| TRUMAN, Trustee | § | |
|     Respondents | § | JUDGE D. MICHAEL LYNN |

**AGREED ORDER LIFTING STAY
AS TO DEBTOR**

On this day came on before the Court the Motion of CHASE HOME FINANCE LLC,

SUCCESSOR BY MERGER TO CHASE MANHATTAN MORTGAGE CORPORATION ITS

ASSIGNS AND/OR SUCCESSORS IN INTEREST, Movant, Motion for Approval of

Agreement pursuant to Bankruptcy Rule 4001.  The Court is advised Debtor is surrendering the

subject property and the Motion should be granted.  Therefore, it is

ORDERED that the stay afforded by 11 U.S.C. §362 is terminated with respect to

Movant on the following described property, to wit:

> LOT 69, BERMUDA MEADOWS, ACCORDING TO THE PLAT OF RECORD IN
> THE OFFICE OF THE COUNTY RECORDER OF MOHAVE CAOUNTY, ARIZONA,
> RECORDED JANUARY 16, 1962, AT FEE NO. 109420
> A.P.N.: 224—27—057—2

### End of Order ###

APPROVED AS TO FORM AND SUBSTANCE

BARRETT  DAFFIN  FRAPPIER
TURNER & ENGEL, LLP

/s/ KADRA ALEXANDER

| | |
|---|---|
| KADRA ALEXANDER | ERIC MASKELL |
| TX NO. 24040405 | 14131 MIDWAY ROAD, SUITE 120 |
| 15000 SURVEYOR BLVD. SUITE 100 | ADDISON, TX  75001 |
| ADDISON, TX 75001 | |
| Telephone: (972) 341-0500 | ATTORNEY FOR DEBTORS |
| Facsimile: (972) 341-0502 | |
| E-mail:  NDECF@BBWCDF.COM | |
| ATTORNEY FOR MOVANT | |

On this day came on before the Court the Motion of CHASE HOME FINANCE LLC,

SUCCESSOR BY MERGER TO CHASE MANHATTAN MORTGAGE CORPORATION ITS

ASSIGNS AND/OR SUCCESSORS IN INTEREST, Movant, Motion for Approval of

Agreement pursuant to Bankruptcy Rule 4001. The Court is advised Debtor is surrendering the

subject property and the Motion should be granted. Therefore, it is

ORDERED that the stay afforded by 11 U.S.C. §362 is terminated with respect to

Movant on the following described property, to wit:

> LOT 69, BERMUDA MEADOWS, ACCORDING TO THE PLAT OF RECORD IN
> THE OFFICE OF THE COUNTY RECORDER OF MOHAVE CAOUNTY, ARIZONA,
> RECORDED JANUARY 16, 1962, AT FEE NO. 109420
> A.P.N.: 224—27—057—2

### End of Order ###

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

/s/ KADRA ALEXANDER
KADRA ALEXANDER
TX NO. 24040405
15000 SURVEYOR BLVD. SUITE 100
ADDISON, TX 75001
Telephone: (972) 341-0500
Facsimile: (972) 341-0502
E-mail: NDECF@BBWCDF.COM
ATTORNEY FOR MOVANT

DAVID S. KOHM
4131 MIDWAY ROAD, SUITE 120
ADDISON, TX 75001

ATTORNEY FOR DEBTORS